AO 458 (Rev. 01/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | | |
|---|---|---|
| The United States of America | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:16-CR-43 |
| Raju Kosuri, Smriti Jharia, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

United States of America                                                                            .

Date:    04/27/2016                                              /s/
_____                                    _____
                                                          *Attorney's signature*

                                            Angela M. Fiorentino-Rios, CA Bar. No. 170047
                                            _____
                                                      *Printed name and bar number*

                                            Special Assistant U.S. Attorney (LT)
                                            U.S. Attorney's Office, EDVA
                                            2100 Jamieson Avenue, Alexandria, VA  22314
                                            _____
                                                               *Address*

                                            Angela.Fiorentino-Rios@usdoj.gov
                                            _____
                                                           *E-mail address*

                                            (703) 299-3896
                                            _____
                                                         *Telephone number*

                                            (703) 299-3982
                                            _____
                                                            *FAX number*