AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States | ) | |
|---|---|---|
| Plaintiff | ) | |
| v. | ) | Case No. 1:16cr43 |
| Raju Kosuri | ) | |
| Defendant | ) | |

FILED APR 28 2016
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VA

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the defendant, Raju Kosuri

Date: 4/28/16

_____
Attorney's signature

Stuart A. Sears - 71436
Printed name and bar number

575 7th St., NW
Washington, D.C. 20004
Address

ssears@schertlerlaw.com
E-mail address

202-628-4199
Telephone number

202-628-4177
FAX number