# UNITED STATES DISTRICT COURT CRIMINAL MINUTES

Date: 05/13/16     Judge: Brinkema     Reporter: A. Thomson
Time: 9:31am - 9:42am     Interpreter:
     Language:
     Probation Email:
     Jury Email:

**UNITED STATES OF AMERICA**
   v.
Kosuri et al     1:16cr43
Defendant's Name     Case Number

     Paul Nitze/Angela Fiorentino-Rios
**Counsel for Defendant:**     **Counsel for Government**

**Matter called for:**
[ ] Arraignment    [ ] Pre-Indictment Plea    [ ] Change of Plea    [ ] Motions
[ ] Sentencing    [ ] Revocation Hearing    [ ] Rule 35    [ ] Appeal (USMC)
[X] Other  Status
Deft appeared: [X] in person  [ ] failed to appear  [X] with Counsel  [ ] without Counsel  [ ] through Counsel
**Filed in open court:**
[ ] Information   [ ] Plea Agreement   [ ] Statement of Facts   [ ] Waiver of Indictment   [ ] Discovery Order

**Arraignment & Plea:**
[ ] WFA    [ ] FA    [ ] PG    [ ] PNG   **Trial by Jury:** [ ] Demanded   [ ] Waived
[ ] Days to file Motions with Argument on ____ at ____
[ ] Deft entered Plea of Guilty as to Count(s) ____ of the ____
[ ] Plea accepted, **Guilty Count(s)** ____
[ ] Motion for Dismissal of Count(s) ____ by [ ] US [ ] Deft
[ ] Order entered in open court      [ ] Order to follow
[ ] Deft directed to USPO for PSI--- [ ] Deft directed to cooperate with USPO for PSI
[X] Case continued to: **10/24/16** at **10:00am** for: (8-10 days)
[X] Jury Trial   [ ] Bench Trial   [ ] Sentencing   [ ] Status
**Rule 35:**
[ ] US Rule 35 motion for reduction of sentence: [ ] Granted [ ] Denied
Sentence of ____ Months heretofore imposed is REDUCED to a term of ____
**Probation/Supervised Release Revocation Hearing:**
Defendant [ ] Admits  [ ] Denies violations of the conditions of probation/supervised release
Court: [ ] finds [ ] does not find the defendant in violation of the conditions
[ ] Deft is committed to the custody of the BOP to serve a term of ____ months/days
 Deft has 60 days to file motions; govt has 2 weeks to respond; counsel to work out date for motion hearing
 Speedy trial waivers filed in open court for S. Bhattacharya & R. Kosuri
 Amended condition as to deft V. Jharia: deft may have contact with his sister S. Jharia & brother-in-law but can't talk about the case

**Deft is:** [ ] In Custody  [ ] Summons Issued  [X] On Bond  [ ] Warrant Issued  [ ] 1st appearance

**Bond Set at**: $ ____  [ ] Unsecured  [ ] Surety  [ ] Personal Recognizance
[ ] Release Order Entered   [ ] Deft Remanded   [ ] Deft Released on Bond   [X] Defts Continued on Bond

**Raju Kosuri – Stewart Sears**          **Vikrant Jharia – Jonathan Simms**
**Smriti Jharia – Steven McCool**         **Richa Narang – Bruce Cooper**
**Sanchita Bhattacharya – Andrew Stewart**   **Raimondo Piluso – Nina Ginsberg**